UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:   GINA LACHOYNNE HILL       ) Case No. 17-12137-aih
                                   ) Chapter 13 Proceedings
         Debtor                    ) Judge Arthur I. Harris

**TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**

LAUREN A. HELBLING, Chapter 13 Bankruptcy Trustee files notice that the claim described below has been paid in full.

| Claim Information |
|---|
| Creditor: US BANK TRUST NATIONAL ASSOCIATION |
| Proof of Claim number on Bankruptcy Court's Claims Register: 4 |
| Last 4 digits of number used to identify Debtor's account:    0598 |
| **Trustee Payment Information** |
| Prepetition Mortgage Arrearage |
|     Amount stated on Proof of Claim:   $10,246.78 |
|     Amount paid by Trustee:   $10,246.78 |
| Ongoing Mortgage Payments |
|   _X_ Paid by Trustee through the Chapter 13 Plan |
|     i. Total paid to date by the Trustee:   $26,698.44 |
|     ii. A mortgage payment was mailed by the Trustee on November 8, 2021, in the amount of $524.29 for the payment due October 1, 2021. |
|     iii. A closing letter will be sent to all parties indicating when the debtor(s) should begin making their mortgage payments directly to the mortgage company. |
|   __ Paid direct by the Debtor |

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on November 22, 2021, a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    MARK H. KNEVEL, Esq., on behalf of GINA LACHOYNNE HILL, Debtor, at mknevel@knevellaw.com

And by regular U.S. mail, postage prepaid, on:

    GINA LACHOYNNE HILL, Debtor(s), at 20912 KENYON DRIVE MAPLE HEIGHTS, OH 44137 ,

    US BANK TRUST NATIONAL ASSOCIATION c/o SN SERVICING CORP, at 323 5TH ST, EUREKA, CA 95501

    /S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com